# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2016

152450

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PAULA BILLINGSLEA, Conservator of
BERNARD BILLINGSLEA, a Protected Person,
        Plaintiff-Appellee,

v

SYED MUNEER ABIDI, M.D., VORAVIT
RATANATHARATHORN, M.D., UNIVERSITY
PHYSICIAN GROUP,
        Defendants-Appellants,
and

BARBARA ANN KARMANOS CANCER
HOSPITAL,
        Defendant.

SC: 152450
COA: 326904
Wayne CC: 14-001047-NH

_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2016



t0308

Clerk